UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SACHA BERLIK, BERIT BLOCK, PAUL DEAN, JENNIFER GOLDBERG, JAN HEUMUELLER, SHANE KEATS, CHRISTOPHER LE MAY, CHRISTOPHER LOBDELL, and LAURA WALTON,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BAKER, EDWARD CRAWLEY, JEFFREY BUSSGANG, FLYBRIDGE CAPITAL PARTNERS II, L.P., FLYBRIDGE NETWORK FUND II, L.P., JEFFREY FAGNAN, ATLAS VENTURE FUND VIII, L.P., ACCOMPLICE FUND I, L.P., ACCOMPLICE FUND II, L.P., JOHN JARVE, MENLO VENTURES X, L.P., MENLO ENTREPRENEURS FUND X, L.P., MMEF X, L.P., DON BUTLER, THOMVEST VENTURES LTD., THOMVEST VENTURE CAPITAL SRL, DAN DEMMER, WILLARD SIMMONS, MARK JUNG, SANDRO CATANZARO, and R. BRUCE JOURNEY,<br><br>Defendants. | No.: 1:21-cv-11723<br><br>**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**<br><br><u>ORAL ARGUMENT REQUESTED</u> |

**<u>DEFENDANTS' MOTION TO DISMISS THE COMPLAINT
AND REQUEST FOR ORAL ARGUMENT</u>**

Defendants Michael Baker, Jeffrey Bussgang, Don Butler, Sandro Catanzaro, Edward Crawley, Dan Demmer, Jeffrey Fagnan, John Jarve, R. Bruce Journey, Mark Jung, Willard Simmons, Accomplice Fund I, L.P., Accomplice Fund II, L.P., Atlas Venture Fund VIII, L.P., Flybridge Capital Partners II, L.P., Flybridge Network Fund II, L.P., Menlo Entrepreneurs Fund X, L.P., Menlo Ventures X, L.P., MMEF X, L.P., Thomvest Venture Capital SRL, and Thomvest Ventures LTD  (collectively, the "Defendants"), through undersigned counsel, hereby move this Court to dismiss all claims in the Complaint (Dkt. No. 1) with prejudice pursuant to Federal

1

Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4 & 5.  This Motion is based on the accompanying Memorandum of Law, the Declaration of Daniel W. Halston, Esq., the records on file in this action, and any other written or oral argument that may be presented at or before the time this Motion is heard by the Court.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court dismiss all claims in the Complaint with prejudice and without leave to amend.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument pursuant to Local Rule 7.1(d). Defendants make this request because they believe that oral argument may assist the Court's consideration of this Motion, and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

Dated: January 18, 2022

Respectfully submitted,

/s/ *Daniel W. Halston*
Daniel W. Halston (BBO # 548692)
Andrew S. Dulberg (BBO # 675405)
Peter A. Spaeth (BBO # 545202)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000
Fax: +1 617 526 5000
   Daniel.Halston@wilmerhale.com
   Andrew.Dulberg@wilmerhale.com
   Peter.Spaeth@wilmerhale.com

*Attorneys for Defendants Michael Baker, Jeffrey*

*Bussgang, Don Butler, Sandro Catanzaro, Edward Crawley, Dan Demmer, Jeffrey Fagnan, John Jarve, R. Bruce Journey, Mark Jung, Willard Simmons, Accomplice Fund I, L.P., Accomplice Fund II, L.P., Atlas Venture Fund VIII, L.P., Flybridge Capital Partners II, L.P., Flybridge Network Fund II, L.P., Menlo Entrepreneurs Fund X, L.P., Menlo Ventures X, L.P., MMEF X, L.P., Thomvest Venture Capital SRL, and Thomvest Ventures LTD*

3

## RULE 7.1(A)(2) CERTIFICATE

      I, Daniel W. Halston, hereby certify that on January 14, 2022, Defendants' counsel conferred with counsel for the Plaintiffs and we were unable to resolve the matter.

                                      */s/ Daniel W. Halston*
                                      Daniel W. Halston