# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SACHA BERLIK, BERIT BLOCK, PAUL DEAN, JENNIFER GOLDBERG, JAN HEUMUELLER, SHANE KEATS, CHRISTOPHER LE MAY, CHRISTOPHER LOBDELL, and LAURA WALTON,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BAKER; EDWARD CRAWLEY; JEFFREY BUSSGANG; FLYBRIDGE CAPITAL PARTNERS II, L.P.; FLYBRIDGE NETWORK FUND II, L.P.; JEFFREY FAGNAN; ATLAS VENTURE FUND VIII, L.P.; ACCOMPLICE FUND I L.P.; ACCOMPLICE FUND II, L.P.; JOHN JARVE; MENLO VENTURES X, L.P.; MENLO ENTREPRENEURS FUND X, L.P.; MMEF X, L.P.; DON BUTLER; THOMVEST VENTURES LTD.; THOMVEST VENTURE CAPITAL SRL; DAN DEMMER; WILLARD SIMMONS; MARK JUNG; SANDRO CATANZARO; and R. BRUCE JOURNEY;<br><br>Defendants. | Case No. 21-CV-11723-AK |

## ORDER OF DISMISSAL

**A. KELLEY, D.J.**

In accordance with the Court's Memorandum and Order dated 9/30/2022 (Dkt. 47), allowing Defendants' Motion to Dismiss, it is hereby ORDERED, that the above-entitled be DISMISSED with prejudice.

By the Court:
Robert Farrell, Clerk

Dated: 9/30/2022

/s/ Miguel A. Lara
Deputy Clerk